**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| DONNIE RAY SHANNON, | Civil No. 11-3404 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| SHERRIE ANN WILLIAMS *et al.*, | |
| Defendants. | |

_____

Donnie Ray Shannon, 7525 4th Avenue, Lino Lakes, MN 55014, pro se plaintiff.

Ryan Zipf, **LEAGUE OF MINNESOTA CITIES**, 145 University Avenue West, St. Paul, MN 55103, for Defendants Officer Myhre, Officer Roehlen, and Daniel Vuvoichof.

Scott Grosskreutz, **OFFICE OF THE MINNESOTA ATTORNEY GENERAL,** 445 Minnesota Street, Suite 900, St. Paul, MN 55101, for Defendants Tom Roy and Jeffrey Peterson.

Toni Beitz, **OFFICE OF THE HENNEPIN COUNTY ATTORNEY**, 300 South Sixth Street, Suite A-2000, Minneapolis, MN 55487, for Defendants Tom Hayden and Russ Stricker.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated April 19, 2012 [Docket No. 25]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of

the files, records and proceedings herein, **IT IS HEREBY ORDERED** that the Plaintiff's motion for temporary restraining order and preliminary injunction [Docket No. 12] is **DENIED.**

DATED: May 11, 2012
at Minneapolis, Minnesota                             ___ s/John R. Tunheim _____
                                                                    JOHN R. TUNHEIM
                                                                    United States District Judge